# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

FILED

VINCENT L. NORFUL, #265657,

    Plaintiff,

'05 JUL -1 P4 :41

v.

CIVIL NO. 05-CV-72332-DT
HONORABLE GEORGE CARAM STEEH

U.S. DIST. COURT CLERK
EAST DIST. MICH.
DETROIT-PSG

JENNIFER GRANHOLM, et al.,

    Defendants.
_____/

## ORDER TRANSFERRING CASE

    Before the Court is Plaintiff Vincent Norful's *pro se* civil rights complaint brought pursuant to 42 U.S.C. § 1983. Plaintiff is a Michigan prisoner currently confined at the Baraga Maximum Correctional Facility in Baraga, Michigan. Defendants are Governor Jennifer Granholm and Michigan Department of Corrections Director Patricia Caruso.

    The proper venue for civil actions in which jurisdiction is not based on diversity of citizenship is the judicial district where: (1) any defendant resides if all defendants reside in the same state; (2) a substantial part of the events or omissions giving rise to the claim occurred or a substantial part of the property in question is situated; or (3) any defendant may be found if there is no other district in which plaintiff may bring the action. *See* 28 U.S.C. § 1391(b). Public officials "reside" in the county where they serve. *See O'Neill v. Battisti*, 472 F.2d 789, 791 (6TH Cir. 1972). Additionally, pursuant to 28 U.S.C. § 1404(a), a district court may transfer a civil action to any other district where it might have been brought for the convenience of the parties and witnesses in the interest of justice.

    In this case, defendants Granholm and Caruso reside in Ingham County, which lies in the Southern Division of the Western District of Michigan. *See* 28 U.S.C. § 102(b). Plaintiff is currently incarcerated in Baraga County, which lies in the Northern Division of the Western District of Michigan. *Id.* The Court finds that this action could be more conveniently and efficiently adjudicated in the Western District of Michigan.

    Accordingly, the Court **ORDERS** the Clerk of the Court to transfer this case to the United States District Court for the Western District of Michigan. *See* 28 U.S.C. §§ 1391(b) and 1404(a).

                                                                          R. STEVEN WHALEN
                                                                          UNITED STATES MAGISTRATE JUDGE

DATED:   6-27-05